UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SANDRA A. RATLIFF,<br><br>    Defendant. | No. 6:23-CV-039-H |

## FINAL JUDGMENT

By separate order (Dkt. No. 13), the Court granted in part Travelers Casualty and Surety Company of America's motion for default judgment against defendant Sandra A. Ratliff.  It is therefore ordered that the defendant is liable in the amount of $827,000, plus costs.  Further, the Court's judgment is subject to the post-judgment interest rate specified in 28 U.S.C. § 1961(a).  The plaintiff is also awarded attorneys' fees, to be determined by a subsequent motion filed pursuant to Federal Rule of Civil Procedure 54(d)(2).  All relief not expressly granted is denied.  The Clerk of Court is directed to close this case.

So ordered on January 30, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE